**\*E-FILED ON 2/28/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRIOT SCIENTIFIC CORPORATION, | No. C04-00618 JF (HRL) |
| Plaintiff, | |
| v. | **FURTHER ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' REQUESTS TO SEAL DOCUMENTS AND ORDER OF EXPUNGEMENT** |
| CHARLES H. MOORE, TECHNOLOGY PROPERTIES LTD.; and DANIEL E. LECKRONE, | |
| Defendants. | |

Having reviewed the February 17, 2005 Declaration of Iris Sockel Mitrakos filed in response to this court's February 7, 2005 "Interim Order Re the Parties' Requests to Seal Documents," IT IS ORDERED THAT:

1.  Patriot's request to seal Exhibits 10 and 14 to the December 29, 2004 Affidavit of Russell H. Beatie is DENIED. Defendants agree that these exhibits do not contain confidential information. Accordingly, the Clerk of the Court shall place these exhibits in the public file.

2.  Patriot's request to seal Exhibit 16 to the December 29, 2004 Affidavit of Russell H. Beatie is GRANTED. This exhibit shall be filed under seal.

3.  Patriot's request to seal Exhibit 1 to the January 25, 2005 Reply Declaration of Russell H. Beatie is GRANTED. This exhibit shall be filed under seal.

4. Patriot's request to seal Exhibit 2 to the January 25, 2005 Affidavit of Russell H. Beatie is DENIED. Defendants agree that these exhibits do not contain confidential information. Accordingly, the Clerk of the Court shall place this exhibit in the public file.

5. Defendants' request to seal portions of Patriot's Omnibus Discovery Motion (Docket # 119) is GRANTED IN PART AND DENIED IN PART as follows:

    (a) The request to seal page 3, lines 10-11; page 6, lines 4-8, 20-22; and page 8, lines 4-18 is GRANTED.

    (b) The request to seal page 8, lines 19-25 is DENIED.

No later than **March 7, 2005**, Patriot shall (1) e-file a copy of its motion which has been redacted in accordance with this order; and (2) submit an unredacted version of its motion to the court in accordance with Civ. L.R. 79-5(c)(3) for filing under seal. The existing Docket #119 shall thereafter be expunged by the Clerk of the Court.

6. Defendants' request to seal portions of the December 29, 2004 Affidavit of Russell H. Beatie is GRANTED IN PART AN DENIED IN PART as follows:

- The request to seal page 4, lines 3-10; page 5, lines 10-15; page 6, lines 2-8, 16-26; and page 7, lines 1-4 is GRANTED.

- The request to seal page 6, lines 9-15 is DENIED.

No later than **March 7, 2005**, Patriot shall (1) e-file a copy of this affidavit which has been redacted in accordance with this order; and (2) submit an unredacted version of this affidavit to the court in accordance with Civ. L.R. 79-5(c)(3) for filing under seal. The existing affidavit at Docket #120 shall thereafter be expunged by the Clerk of the Court.

Dated: February 28, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1 5:04-cv-618 Notice will be electronically mailed to:

2 Russel Harrison Beatie     bhunter@bandolaw.com,

3 Daniel Edward Birkhaeuser     dbirkhaeuser@bramsonplutzik.com, mfogle@bramsonplutzik.com

4 Roger L. Cook     rlc@townsend.com, sbl@townsend.com;cjf@townsend.com

5 L. Timothy Fisher     ltfisher@bramsonplutzik.com, dbirkhaeuser@bramsonplutzik.com;jrosenberg@bramsonplutzik.com;mfogle@bramsonplutzik.com

6 Eric P. Jacobs     epj@townsend.com, dgsunnen@townsend.com

7 John E. Lynch     jacklynch37@earthlink.net,

8 Curt Douglas Marshall     CMarshall@bandolaw.com,

9 Robert A. McFarlane     ram@townsend.com, kjs@townsend.com

10 Philip Jeremy Miller     pmiller@bandolaw.com,

11 Iris Sockel Mitrakos     ISM@townsend.com, dmwilson@townsend.com

12 Alan R. Plutzik     aplutzik@bramsonplutzik.com

13 Jennifer Susan Rosenberg     jrosenberg@bramsonplutzik.com, mfogle@bramsonplutzik.com

14 Floyd Eric Saunders     ferics@aol.com

15–16 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.