```
 1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
    Alan R. Plutzik, Esq. (State Bar No. 077785)
 2  Daniel E. Birkhaeuser, Esq. (State Bar No. 136646)
    Jennifer S. Rosenberg, Esq. (State Bar No. 121023)
 3  L. Timothy Fisher, Esq. (State Bar No. 191626)
    2125 Oak Grove Road, Suite 120
 4  Walnut Creek, California 94598
    Telephone:  (925) 945-0200
 5  Facsimile:  (925) 945-8792

 6  BEATIE AND OSBORN LLP
    Russel H. Beatie, Esq. (Admitted pro hac vice)
 7  Curt D. Marshall, Esq. (Admitted pro hac vice)
    521 Fifth Avenue, Suite 3400
 8  New York, New York  10175
    Telephone:  (212) 888-9000
 9  Facsimile:  (212) 888-9664

10  Of Counsel:  John E. Lynch (Admitted pro hac vice)

11  Attorneys for Plaintiff

12
                        UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA

14  ------------------------------------X   Civil Action No.
                                        :   C 04 0618 JF (HRL)
15  PATRIOT SCIENTIFIC CORPORATION,     :
                                        :   PLAINTIFF'S
16              Plaintiff,              :   ADMINISTRATIVE REQUEST
                                        :   FOR A HEARING DATE FOR
17       v.                             :   ITS OMNIBUS DISCOVERY
                                        :   MOTION
18  CHARLES H. MOORE, TECHNOLOGY        :
    PROPERTIES LIMITED, and DANIEL E.   :
19  LECKRONE,                           :
                                        :
20              Defendants.             :
                                        :
21  ------------------------------------X

22

23

24

25

26

27

28
```

**Notice of Administrative Request and Request**

TO: DEFENDANTS CHARLES H. MOORE, TECHNOLOGY PROPERTIES LTD., AND DANIEL E. LECKRONE

PLEASE TAKE NOTICE THAT plaintiff Patriot Scientific Corporation requests an Order setting the hearing date for the related Plaintiff's Omnibus Discovery Motion for February 3, 2005, at 3:00 p.m. or after 1:00 p.m. on February 4, 2005.

Plaintiff makes this request because plaintiff and defendants will be before the Honorable Jeremy N. Fogel at 9:00 a.m. on February 4, 2005 to argue two related motions in this matter. Plaintiff recognizes the Court's regularly scheduled return dates are on Tuesdays, however, in light of the appearance before Judge Fogel and the travel involved, plaintiff requests that the Court schedule a return date for Plaintiff's Omnibus Discovery Motion on either Thursday, February 3, 2005 at 3:00 p.m. or Friday, February 4, 2005 at 1:00 p.m. in order to be able to address all motions on one trip to San Jose.

Dated: December 29, 2004      BRAMSON, PLUTZIK, MAHLER &
                               BIRKHAEUSER, LLP
                               Alan R. Plutzik, Esq.
                                (State Bar No. 077785)
                               Daniel E. Birkhaeuser, Esq.
                                (State Bar No. 136646)
                               Jennifer S. Rosenberg, Esq.
                                (State Bar No. 121023)
                               L. Timothy Fisher, Esq.
                                (State Bar No. 191626)
                               2125 Oak Grove Road, Suite 120
                               Walnut Creek, California  94598
                               Telephone:  (925) 945-0200
                               Facsimile:  (925) 945-8792

2

BEATIE AND OSBORN LLP

By:_____\s_____
    Russel H. Beatie
    (Admitted pro hac vice)
    Curt D. Marshall
    (Admitted pro hac vice)
521 Fifth Avenue, Suite 3400
New York, New York  10175
Telephone:  (212) 888-9000
Facsimile:  (212) 888-9664

Of Counsel:  John E. Lynch
(Admitted pro hac vice)

Attorneys for Plaintiff

3


**PROOF OF SERVICE**

I, Matthew P. Heiskell, am employed in the County and State of New York, am counsel for Patriot Scientific Corporation, and my business address is Beatie and Osborn LLP, 521 Fifth Avenue, 34th Floor, New York, New York.

On the 29th day of December, 2004, I served by Federal Express the attached

1. **PLAINTIFF'S ADMINISTRATIVE REQUEST FOR A HEARING DATE FOR ITS OMNIBUS DISCOVERY MOTION and**
2. **PROPOSED ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST FOR A HEARING DATE FOR ITS OMNIBUS DISCOVERY MOTION.**

on the persons named below:

F. Eric Saunders, Esq.
3081 Ponderosa Road
Arnold, California 95223

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834

Executed on December 29, 2004, at New York, New York.

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

\s\
Matthew P. Heiskell

4