E-filing

JUN 0 9 2005

1  TOWNSEND AND TOWNSEND AND CREW LLP
   ROGER L. COOK (State Bar No. 55208)
2  ERIC P. JACOBS (State Bar No. 88413)
   IRIS SOCKEL MITRAKOS (State Bar No. 190162)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   *Attorneys for Defendants Technology Properties, Ltd.*
6  *and Daniel E. Leckrone*

7  HENNEMAN & SAUNDERS
   F. ERIC SAUNDERS (State Bar No. 87686)
   3081 Ponderosa Road
8  P.O.Box 2215
   Arnold, CA 95223
9  Telephone: (209) 795-6650
   Facsimile: (209) 795-6659
10
   *Attorney for Defendant Charles H. Moore*
11

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15 | PATRIOT SCIENTIFIC CORPORATION,    | Case No.  C 04 0618 JF (HRL)
16 |               Plaintiff,            | E-FILING CASE
17 |        v.                           | STIPULATED FINAL JUDGMENT
18 | CHARLES H. MOORE, TECHNOLOGY
   | PROPERTIES LTD., and DANIEL E.
   | LECKRONE,
19 |               Defendants.

STIPULATED FINAL JUDGMENT
CASE NO. C 04 0618 (JF)

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

Plaintiff Patriot Scientific Corporation ("Patriot"), on one hand, and Defendants Charles H. Moore ("Moore"), Technology Properties, Ltd. ("TPL") and Daniel E. Leckrone ("Leckrone"), on the other hand, hereby stipulate and agree as follows:

1. Patriot, Moore, and TPL, among others, have entered into a series of negotiated agreements, pursuant to which Patriot, Moore, and TPL have agreed to settle all litigation among them on the terms and conditions contained in that certain Master Agreement by and among Patriot, TPL and Moore, dated as of June 1, 2005.

2. Pursuant to the terms of the Master Agreement referred to above, the settlement of the litigation among Patriot, Moore, and TPL, as well as the transactions contemplated by the Master Agreement, will not become effective unless and until this Stipulated Final Judgment is executed by all of the parties hereto and filed with the Court.

3. Patriot, Moore, and TPL desire to settle all litigation among them through this Stipulated Final Judgment and the negotiated agreements, and have all right, power, and authority to do so, as well as to enter into the Master Agreement and related documents and effectuate the transactions contemplated thereby in furtherance of the terms of this Stipulated Final Judgment and the negotiated agreements.

4. In connection therewith, Patriot's Third Amended Complaint seeking a declaration as to inventorship and ownership of United States Patent Number 5,809,336 (the "'336 Patent") shall be and hereby is dismissed with prejudice.

5. Final judgment shall be and hereby is entered in favor of Defendants Moore, TPL and Leckrone on Defendants' Counterclaims for a declaration that Moore is at least a co-inventor and TPL is at least a co-owner of the '336 Patent and U.S. Patent Nos. 6,598,148 ("'148 Patent"), 5,440,749 ("'749 Patent"), 5,530,890 ("'890 Patent"), 5,604,915 ("'915 Patent"), 5,659,703 ("'703 Patent") and 5,784,584 ("'584 Patent").

6. Patriot waives any and all right to appeal from this Stipulated Final Judgment.

7. Each party shall bear its own attorneys' fees and costs in connection with this action.

8. This Court shall retain jurisdiction over this action for the purposes of enforcing, construing, clarifying, and modifying this Stipulated Final Judgment.

9. The Clerk of the Court is directed to give notice of entry of this Stipulated Final Judgment pursuant to Rule 77(d) of the Federal Rules of Civil Procedure.

[remainder of page intentionally blank]

DATED: June __, 2005          TOWNSEND and TOWNSEND and CREW LLP

                              By:_____
                                  Roger L. Cook
                                  Attorneys for Defendants
                                  Technology Properties Ltd. and Daniel E. Leckrone

DATED: June __, 2005          HENNEMANN & SAUNDERS

                              By:_____
                                  F. Eric Saunders
                                  Attorney for Defendant Charles H. Moore

DATED: June 9 2005

                              By:_____
                                  Carlton Johnson
                                  Attorney for Plaintiff
                                  Patriot Scientific Corporation

IT IS SO ORDERED

DATED: June __, 2005          _____
                              UNITED STATES DISTRICT COURT JUDGE

DATED: June __, 2005    TOWNSEND and TOWNSEND and CREW LLP

By: _____
    Roger L. Cook
    Attorneys for Defendants
    Technology Properties Ltd. and Daniel E. Leckrone

DATED: June 8, 2005    HENNEMANN & SAUNDERS

By: _____
    F. Eric Saunders
    Attorney for Defendant Charles H. Moore

DATED: June __, 2005

By: _____
    Carlton Johnson
    Attorney for Plaintiff
    Patriot Scientific Corporation

IT IS SO ORDERED

DATED: June __, 2005    _____
    UNITED STATES DISTRICT COURT JUDGE

DATED: June 8, 2005　　　　TOWNSEND and TOWNSEND and CREW LLP

By: _____
Roger L. Cook
Attorneys for Defendants
Technology Properties Ltd. and Daniel E. Leckrone

DATED: June ___, 2005　　　HENNEMANN & SAUNDERS

By: _____
F. Eric Saunders
Attorney for Defendant Charles H. Moore

DATED: June ___, 2005

By: _____
Carlton Johnson
Attorney for Plaintiff
Patriot Scientific Corporation

IT IS SO ORDERED

DATED: June 9, 2005

_____
UNITED STATES DISTRICT COURT JUDGE