

FILED
SEP 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRIOT SCIENTIFIC CORPORATION, a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES H. MOORE, et al.,<br><br>Defendants. | CASE NO. C 04-0618 JF<br><br>**STIPULATION AND ORDER REGARDING HANDLING OF LITIGATION FILES OF BEATIE AND OSBORN LLP, JACK LYNCH, ESQ. AND BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP** |

WHEREAS, prior patent infringement litigation was initiated by Patriot Scientific Corporation ("Patriot");

WHEREAS, Patriot may need to litigate, either offensively or defensively, again;

WHEREAS, Patriot can no longer be served by its former patent counsel, Beatie and Osborn LLP, Russel H. Beatie, John E. Lynch, and Bramson, Plutzik, Mahler & Birkhaeuser, LLP;

WHEREAS, former patent counsel for Patriot cannot, from the Court's Opinion, determine what constitutes privileged information and documents and what is protected by the duty of loyalty owned by Higgins to Moore;

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1  WHEREAS, to prepare for anticipated future litigation, Patriot seeks possession
2  of documents and information in the possession of its former patent counsel;

3  WHEREAS, Patriot's former counsel are willing to deliver documents and
4  information but only if protected against claims by Moore that the delivery breaches
5  Moore's attorney-client privilege with Higgins or breaches Higgins' duty of loyalty to
6  Moore;

7  WHEREAS, Patriot has devised procedures, recited in this stipulation, that it
8  believes will allow delivery and will avoid any breach of privilege or breach of the duty
9  of loyalty;

10  NOW, THEREFORE, the parties stipulate to the entry of this order on the basis
11  of the facts, terms, and conditions recited in it:

12  1.  Beatie and Osborn LLP ("BandO"), Jack Lynch ("Lynch") and Bramson,
13  Plutzik, Mahler & Birkhaeuser, LLP ("Bramson") represented Patriot Scientific
14  Corporation ("Patriot") in the referenced litigation. Defendants in the litigation,
15  Charles Moore, Daniel Leckrone and Technology Properties Limited, moved to
16  disqualify Patriot's counsel. Such motion was granted in part and denied in part by
17  this Court's Opinion and Order dated March 8, 2005.

18  2.  On April 12, 2006, the Federal Circuit Court of Appeals affirmed this
19  Court's ruling in Matter No. 05-1452. That order is now final. Meanwhile, the litigation
20  between the parties in this matter settled on or about June 7, 2005.

21  3.  The parties potentially impacted by the activities leading to the
22  disqualification of Patriot's counsel, Defendants Charles Moore, Daniel Leckrone and
23  Technology Properties Limited, hereby stipulate and agree that the files and other
24  materials that were determined by this Court to have been improperly received by
25  BandO, Lynch or Bramson, or tainted by virtue of the activities leading to the
26  disqualification order, may and shall be turned over to new counsel simultaneously
27  representing Patriot and Moore, Fred Perkins, Esq. of Morrison Cohen LLP, forthwith.

28

1 Mr. Perkins has been engaged by Patriot and Moore for the sole purpose of
2 examining and removing from the foregoing files any documents or materials that
3 may disclose or contain attorney-client privileged communications and confidences
4 between Moore and Willis Higgins, Esq. and related attorney work product so that
5 those materials may be turned over to Moore, and the remaining files delivered to
6 Patriot.

7     4.     Upon receipt of the files, in the event Mr. Perkins encounters materials
8 containing confidential information of Moore's, he will undertake to notify Mr. Moore of
9 same, take steps to preserve the confidentiality of that information, and dispose of the
10 information strictly in accordance with Mr. Moore's instructions. Mr. Perkins' receipt of
11 materials pursuant to this order shall not be regarded as a waiver of any attorney-
12 client privilege or work product protection in the materials.

13     5.     This Order shall also be transmitted by Mr. Hoge to Russel Beatie, Esq.,
14 to John Lynch, Esq. and to Alan Plutzik, Esq. of Bramson, Plutzik, Mahler &
15 Birkhaeuser, LLP, who by this Stipulation and Order are directed to transmit their files
16 related to their representation of Patriot in this matter to Mr. Perkins. Nothing about
17 this Order shall be construed by BandO, Jack Lynch, Esq. or Bramson, Plutzik,
18 Mahler & Birkhaeuser, LLP to indicate that they need not honor the attorney-client
19 privilege and work product privilege, such as it has existed, between Willis Higgins,
20 Esq. and Charles Moore, or to otherwise modify this Court's March 8, 2005 Opinion
21 and Order.

22     6.     Having reviewed the facts recited in this Stipulation and Proposed Order
23 and the specified procedures and the Court's prior order in this case, the Court has
24 determined that, if these procedures are followed as specified, they will not intrude on
25 Moore's attorney-client privilege with Higgins or violate the duty of loyalty owed to
26 Moore by Higgins.

27 ///

IT IS SO STIPULATED.

DATED: ~~August~~ September 5, 2006     **MORRISON COHEN LLP**

By: /s/ FH

Fred Perkins
Special Counsel for Charles Moore and
Patriot Scientific Corp.

DATED: August ___, 2006     **GOODIN MACBRIDE SQUERI RITCHIE & DAY**

By: _____
Francine T. Radford
Counsel for Charles Moore

DATED: August ___, 2006     **BEATIE AND OSBORN, LLP**

By: _____
Russel H. Beatie
Former Counsel to Patriot Scientific
Corporation

DATED: August ___, 2006     **JACK LYNCH, ESQ.**

By: _____
Jack Lynch, Esq.
Former Counsel to Patriot Scientific
Corporation

DATED: August ___, 2006     **TOWNSEND TOWNSEND & CREW LLP**

By: _____
Roger L. Cook
Counsel for Technology Properties Limited
and Daniel Leckrone

KNLH\420318.2

-4-

STIPULATION AND ORDER PERMITTING BEATIE AND OSBORN LLP, JACK LYNCH, ESQ. AND BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP TO TURN OVER LITIGATION FILES TO PATRIOT SCIENTIFIC CORPORATION

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

IT IS SO STIPULATED.

DATED: August ___, 2006          MORRISON COHEN LLP

                                 By: _____
                                 Fred Perkins
                                 Special Counsel for Charles Moore and
                                 Patriot Scientific Corp.

DATED: August 21, 2006           GOODIN MACBRIDE SQUERI RITCHIE & DAY

                                 By: _____
                                 Francine T. Radford
                                 Counsel for Charles Moore

DATED: August ___, 2006          BEATIE AND OSBORN, LLP

                                 By: _____
                                 Russel H. Beatie
                                 Former Counsel to Patriot Scientific
                                 Corporation

DATED: August ___, 2006          JACK LYNCH, ESQ.

                                 By: _____
                                 Jack Lynch, Esq.
                                 Former Counsel to Patriot Scientific
                                 Corporation

DATED: August ___, 2006          TOWNSEND TOWNSEND & CREW LLP

                                 By: _____
                                 Roger L. Cook
                                 Counsel for Technology Properties Limited
                                 and Daniel Leckrone

KNLH\420318.2

-4-

STIPULATION AND ORDER PERMITTING BEATIE AND OSBORN LLP, JACK LYNCH, ESQ. AND BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP TO TURN OVER LITIGATION FILES TO PATRIOT SCIENTIFIC CORPORATION

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

IT IS SO STIPULATED.

DATED: August ___, 2006

**MORRISON COHEN LLP**

By: _____
Fred Perkins
Special Counsel for Charles Moore and
Patriot Scientific Corp.

DATED: August ___, 2006

**GOODIN MACBRIDE SQUERI RITCHIE & DAY**

By: _____
Francine T. Radford
Counsel for Charles Moore

DATED: August ___, 2006

**BEATIE AND OSBORN, LLP**

By: /s/ Russell H. Beatie
Russel H. Beatie
Former Counsel to Patriot Scientific
Corporation

DATED: August 29, 2006

**JACK LYNCH, ESQ.**

By: /s/ Jack Lynch
Jack Lynch, Esq.
Former Counsel to Patriot Scientific
Corporation

DATED: August ___, 2006

**TOWNSEND TOWNSEND & CREW LLP**

By: _____
Roger L. Cook
Counsel for Technology Properties Limited
and Daniel Leckrone

KNLH\420318.2

-4-

STIPULATION AND ORDER PERMITTING BEATIE AND OSBORN LLP, JACK LYNCH, ESQ. AND BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP TO TURN OVER LITIGATION FILES TO PATRIOT SCIENTIFIC CORPORATION

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

IT IS SO STIPULATED.

DATED: August ___, 2006        **MORRISON COHEN LLP**

By: _____
Fred Perkins
Special Counsel for Charles Moore and
Patriot Scientific Corp.

DATED: August ___, 2006        **GOODIN MACBRIDE SQUERI RITCHIE & DAY**

By: _____
Francine T. Radford
Counsel for Charles Moore

DATED: August ___, 2006        **BEATIE AND OSBORN, LLP**

By: _____
Russel H. Beatie
Former Counsel to Patriot Scientific
Corporation

DATED: August ___, 2006        **JACK LYNCH, ESQ.**

By: _____
Jack Lynch, Esq.
Former Counsel to Patriot Scientific
Corporation

DATED: Sept. 5, 2006           **TOWNSEND TOWNSEND & CREW LLP**

By: _____[signature]_____
Roger L. Cook
Counsel for Technology Properties Limited
and Daniel Leckrone

KNLH\420318.2

-4-
STIPULATION AND ORDER PERMITTING BEATIE AND OSBORN LLP, JACK LYNCH, ESQ. AND BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP TO TURN OVER LITIGATION FILES TO PATRIOT SCIENTIFIC CORPORATION

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1  DATED: August 23, 2006                BRAMSON, PLUTZIK, MAHLER &
2                                         BURKHAEUSER LLP
3
4                                         By: _____
                                              Alan R. Plutzik
5                                             Former Counsel to Patriot Scientific
                                              Corporation
6
7  DATED: August ___, 2006                KIRBY NOONAN LANCE & HOGE LLP
8
9                                         By: _____
                                              Charles T. Hoge
10                                            Special Counsel in this matter to
                                              Patriot Scientific Corporation
11
12         IT IS SO ORDERED.
13 DATED: 9-11-06
14                                        _____
                                          Hon. Jeremy Fogel
15                                        District Court Judge

KNLH\420318.2                             -5-
STIPULATION AND ORDER PERMITTING BEATIE AND OSBORN LLP, JACK LYNCH, ESQ. AND
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP TO TURN OVER LITIGATION FILES TO
PATRIOT SCIENTIFIC CORPORATION

Received Aug-23-2006 04:25pm From-9259458792 To-Kirby Noonan Lance H Page 006